Buffalo Poultry, Pigeon and Pet Stock Association, Plaintiff, v. International Poultry Association, Defendant.— Plaintiff's motion for stay pending appeal denied, with ten dollars costs.

In the Matter of the Estate of Jacob Henry Edick, Deceased.— Motion granted and appeal dismissed, with costs.

In the Matter of Austin W. Carpenter, Attorney and Counselor at Law. —Issues raised by the petition and answer thereto referred to Arthur R. Moore, an attorney residing at Fredonia, N. Y., to take the proofs thereon and return same to this court; and the district attorney of Chautauqua county is hereby designated to prosecute the matter.

Delia B. Merriam, Respondent, v. John W. Moyer and Charles W. Pratt, Appellants.— Judgment affirmed, with costs. All concurred.

Ida M. Thayer, as Administratrix, etc., Respondent, v. Standard Oil Company of New York, Appellant.— Judgment and order affirmed, with costs. All concurred.

B. F. Sturtevant Company, Respondent, v. The Fireproof Film Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Lizzie Condesso, Respondent, v. James Lanzetta, Appellant.— Judgment and order affirmed, with costs. All concurred.

Belle Frick, Respondent, v. Augustus E. Burnett, as Executor, etc., and Another, Appellants.— Judgment reversed upon questions of law and fact, and judgment directed in favor of the defendants dismissing the complaint, with costs, including costs of this appeal. Held, that the motion for the dismissal of the complaint should have been granted. The finding that the plaintiff entered into a contract with defendant's testator to board and care for him, as found by the referee, is disapproved, and this court finds and decides that the evidence is insufficient to warrant any such finding, or that there is anything due or unpaid under any contract, express or implied, for the board of defendant.

Glenn Bolton, Respondent, v. George Butts, Appellant.— Judgment affirmed, with costs. All concurred.

Michael Jaros, Respondent, v. New York Mills, Appellant.— Judgment and order affirmed, with costs. All concurred.

John F. Burke, Respondent, v. William H. Burke, Appellant.— Order overruling demurrer and order continuing injunction affirmed, with ten dollars costs and disbursements, with leave to the defendant to plead over within twenty days upon payment of the costs in this court and the court below. All concurred, except Robson and Lambert, JJ., who dissented upon the ground that this case does not present such exceptional features